McGREGOR W. SCOTT
United States Attorney
Eastern District of California
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272
Fax: (559) 498-7432

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| BELINDA M. TRAVIS, | ) | 1:03-cv-05800-SMS |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES AND ORDER THEREON |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) | |
| Defendant. | ) | |

      Defendant, John E. Potter, Postmaster General, acting through counsel, and plaintiff Belinda Travis, hereby stipulate as follows:

      1.    This stipulation is executed by all parties who have appeared in and are affected by this action;

      2.    Plaintiff's deposition was taken on January 6, 2005.  At that time, Plaintiff indicated that a number of documents existed that may be relevant to the litigation, but they were in the control of her union representative.  Plaintiff is not represented by counsel and therefore Counsel for Defendant has had some difficulty obtaining relevant information.  Additionally, Plaintiff has some health problems that need to be addressed which also requires that the dates in this matter be extended.  Finally, Plaintiff identified a number of additional potential witnesses at her deposition and arrangements are being made to interview and/or depose them. Therefore, the

parties request that the dates in this matter be continued.  The parties hereby stipulate to the following changes in the pretrial dates:

|  | Existing Date | Proposed Date |
|---|---|---|
| Discovery deadline | January 10, 2005 | July 15, 2005 |
| Non-Dispositive Motion cut off | March 18, 2005 | September 16, 2005 |
| Dispositive Motion filing cut off | April 22, 2005 | October 21, 2005 |
| Settlement Conference | March 31, 2005 | September 29, 2005 * |
| Pre-trial conf. | May 31, 2005 | November 25, 2005 * |
| Trial | June 6, 2005 | January 16, 2006 * |

Respectfully submitted,

Dated:  4/15/05

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

Dated: 4/19/05

By:   /s/ Belinda Travis (sig. on file)
BELINDA TRAVIS
In Pro Per

* Dates changed or clarified, please refer to the Order below.

//////

//////

//////

//////

//////

2

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above, with exception to the following dates below:

| | | |
|---|---|---|
| Settlement Conference | March 31, 2005 | September 29, 2005 * |
| | | at 9:00 a.m. Judge O'Neill |
| Pre-trial conf. | May 31, 2005 | November 15, 2005 * |
| | | at 10:00 a.m. Judge Snyder |
| Jury Trial | June 6, 2005 | January 23, 2006 * |
| | | at 9:00 a.m. Judge Snyder |

IT IS SO ORDERED.

**Dated:   May 3, 2005**          **/s/ Sandra M. Snyder**
icido3                            UNITED STATES MAGISTRATE JUDGE