UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M. BELINDA TRAVIS, | ) | 1: 03-CV-5800-SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING ON |
| v. | ) | SEPTEMBER 9, 2005, ON DEFENDANT'S |
| | ) | MOTION FOR SUMMARY JUDGMENT (DOC. |
| JOHN F. POTTER, et al., | ) | 22) |
| | ) | |
| Defendants. | ) | ORDER DEEMING MOTION SUBMITTED TO |
| | ) | THE COURT FOR DECISION |
| | ) | |

   Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

   Defendant's motion for summary judgment has been set for hearing on September 9, 2005, at 9:30 a.m., in the Courtroom of the undersigned Magistrate Judge.

   The Court has determined that Pursuant to Rule 78-230(c) of the Local Rules of Practice for the United States District Court, Eastern District of California, because Plaintiff failed to file timely opposition to Defendant's motion for summary judgment, Plaintiff is not entitled to be heard in opposition to the motion at a hearing.

1

1    Further, Pursuant to Rule 78-230(h) of the Local Rules of
2 Practice for the United States District Court, Eastern District
3 of California, the Court finds that the Defendant's motion for
4 summary judgment is a matter that may appropriately be submitted
5 upon the record and briefs, including the Defendant's notice of
6 motion, memorandum of points and authorities, statement of
7 undisputed facts, declarations, and exhibits submitted in support
8 of the motion.
9    Accordingly, the hearing on the motion, presently set for
10 September 9, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED
11 to the Court for decision.
12 IT IS SO ORDERED.

**Dated:  August 30, 2005**              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE